AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**Andres AGUIRRE** | )<br>)<br>) Case No.<br>)<br>)<br>)<br>) |
| _Defendant(s)_ | |

**FILED**

August 25, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Fidel Morales_____
DEPUTY

## EP:25-M-04704-MAT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 15, 2025 - August 22, 2025  in the county of             El Paso             in the

    Western    District of       Texas       , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 932 (b)(2) | Straw Purchasing of Firearms |
| 18 USC 924 (a)(1)(a) | Cause Federal Friearms Licensee (FFL) to Falsify Records |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

Complaint sworn to telephonically on
___August 25, 2025___ at ____02:00 PM____ and signed
electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

Sworn to before me and signed in my presence.

Date:       08/25/2025

City and state:           El Paso, Texas

_Complainant's signature_

Erwin Kaplan - Special Agent
_Printed name and title_

_Judge's signature_

Miguel Torres, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Erwin Kaplan, first being duly sworn, does herby depose and state as follows:

1. That your affiant is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since January 2024. Your affiant has received specialized training regarding the investigation and enforcement of Federal Firearms violations and has conducted investigations regarding individuals involved in illegal firearms activities.

2. This affidavit is based upon your affiant's present knowledge obtained during your affiant's investigation as well as information provided to me by other law enforcement officers. The facts in this affidavit come from your affiant's personal observations, training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause and does not set forth all my knowledge about this matter.

3. Your affiant recently initiated an investigation into the activities of Andres AGUIRRE. This investigation related to violations of Tite 18, United Staes Code, Section 932 (b)(3) and Title 18, United Sates Code, Section 924 (a)(1)(A).

4. On August 18, 2025, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agents (SA's) were notified in reference to Andres AGUIRRE, a US citizen, who filled out two (2), ATF Form 4473's and paid cash for two (2) firearms from a Federal Firearms Licensee (FFL) located in El Paso, Texas and within the Western District of Texas. AGUIRRE acquired the following firearms from Federal Firearms Licensee (FFL), Gun Central, located at 6010 Gateway East Boulevard, El Paso, TX, 79905:

   a. Century Arms, VSKA, 7.62 caliber, rifle, bearing serial number: SV7167528.
   b. Century Arms, BFT47, 7.62 caliber, rifle, bearing serial number: BFT47025031.

5. On August 15, 2025, AGUIRRE filled out one (1), ATF Form 4473 and paid cash for one (1) firearm form Federal Firearms Licensee (FFL) located in El Paso, Texas and within the Western District of Texas. AGUIRRE acquired the following firearm from Federal Firearms Licensee (FFL), Gun Central, located at 6010 Gateway East Boulevard, El Paso, TX, 79905:

   c. Century Arms, VSKA, 7.62 caliber, rifle, bearing serial number: SV7167541.

6. On August 22, 2025, Gun Central FFL employees notified ATF agents that AGUIRRE had returned and filled out ATF Form 4473 and paid cash for one (1) AK- 47 rifle. Agents responded to the area and encountered AGUIRRE in the parking lot of the FFL. Agents identified themselves by showing their government issued credentials. AGUIRRE agreed to speak to agents as to how he acquired the firearms listed.

7. AGUIRRE requested that he be taken away from the FFL location to a private location to speak, AGUIRRE further stated that he was being watched and did not want to talk where the people he worked for could see him. AGUIRRE was transported to the ATF El Paso field office. AGUIRRE admitted that he purchased firearms for two individuals who he identified as "HHH" and "CHINO." AGUIRRE further admitted that he does not live at the address he provided on the ATF Form 4473's and has not lived at that address for the past fifteen (15) years. AGUIRRE admitted that he resides in Juarez, Mexico and has for the past seven (7) years.

8. AGUIRRE admitted that he was picked up at a parking lot located in El Paso, TX and transported by "HHH" and "CHINO" to the FFL. AGUIRRE further admitted that he was given the funds to pay for the firearms by "CHINO." AGUIRRE was dropped off on the side of the FFL location and purchased the firearms. AGUIRRE stated that once he obtained the firearms, he would be picked up on the side of the FFL parking lot and was taken back to the parking lot where he was originally picked up. AGUIRRE further admitted he was paid one hundred (100) dollars in US currency for each firearm he purchased. Prior to his interdiction on August 22, 2025, AGUIRRE admitted he profited three hundred (300) US dollars for firearms. AGUIRRE explained he had been unable to obtain a full-time job and needed money. Agents seized the firearm that was purchased on August 22, 2025, the firearm information is as follows:

   d. Century Arms, VSKA, 7.62 caliber, rifle, bearing serial number: SV7167541.

9. Your affiant is aware that AGUIRRE knowingly purchased firearms on behalf of another person and intended to dispose of said firearms, knowing the firearms would be trafficked to Mexico in furtherance of a felony, which is a violation of 18 USC 554. Had AGUIRRE correctly filled out ATF form 4473's he would not have been transferred the firearms.

10. Based on the aforementioned facts and circumstances, your Affiant believes probable cause exists that AGUIRRE knowingly purchase, or conspire to purchase, any firearm in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of any other person, knowing or having reasonable cause to believe that such other person is in violation of Title 18, United States Code, Section 932(b)(2) when AGUIRRE purchased firearms for someone other than himself.

_E. K L e_

Erwin Kaplan
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn to me the 25th day of August 2025.

Miguel Torres
UNITED STATES MAGISTRATE JUDGE